UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 09-Cr-799 (SHS) |
| -v- | : | <u>ORDER</u> |
| BRIAN MADDEN, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     This matter was reassigned to this Court on August 25, 2020 [Doc. No. 68]. The Court is in receipt of a letter dated August 13, 2020, and filed on August 24 [Doc. No. 67)] from Arthur G. Jacoby, Esq. on behalf of several title insurance companies that state they are the victims of defendant Brian Madden's fraud. It sets forth in significant detail that the U.S. Attorney's Office has been in possession of millions of forfeited dollars for up to a decade but the title insurance company victims have seen neither sou nor farthing of those millions. The government is directed to respond to that letter in writing on or before September 11, 2020.

Dated: New York, New York
        August 31, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.