UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 09-Cr-799 (SHS) |
| BRIAN MADDEN, | ORDER |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

    This matter was reassigned to this Court on August 25, 2020, after the August 24 filing by Arthur G. Jacoby, Esq., of a letter on behalf of several title insurance companies that state that they are victims of defendant Brian Madden's fraud. (ECF No. 67.) After reviewing the letter's allegations of significant, unexplained delays by the U.S. Attorney's Office in disbursing the defendant's forfeited assets to the title company victims, the Court ordered that the government respond in writing by September 11. (ECF No. 69.)

    The Court has now reviewed the government's letter filed September 10 (ECF No. 70), as well Mr. Jacoby's reply filed September 30. (ECF No. 71.) It appears that the government has been neither assiduous nor forthcoming in processing the title companies' claims. In order to facilitate a prompt and equitable resolution of this decade-long effort to provide restitution to Madden's victims,

    IT IS HEREBY ORDERED that a conference will take place on October 14, 2020, at 12:00 p.m. at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A. The parties are directed to meet and confer prior to that conference, in order to work toward an agreement and timeline moving forward.

Dated: New York, New York
       October 9, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.