

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2020

**VIA ECF**                                                                    **MEMO ENDORSED**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Brian Madden*, 09 Cr. 799 (SHS)

Dear Judge Stein:

      Pursuant to the Court's October 9, 2020 order, the Government and counsel for First American Title Insurance Company, Commonwealth Land Title Insurance Company, and Stewart Title Insurance Company (the "Title Companies"), have met and conferred regarding the Title Companies' requests for information regarding the property forfeited in this proceeding, and the petitions for remission currently under consideration by the Government. Counsel for Title Resource Group Holdings, LLC ("TRG"), another restitution victim in this matter, also participated in the meet and confer, though they were not a party to the original request.

      The Government, the Title Companies, and TRG, all reached an agreement on a time frame for the Government to provide additional information regarding the assets forfeited in this proceeding. The Title Companies will evaluate that information and, if necessary, seek follow up information from the Government. The Government further advised the Title Companies and TRG of its intention to recommend to the Money Laundering and Asset Recovery Section that it grant of petitions for remission filed by three victims of the defendant's conduct not covered by the Amended Order of Restitution, in addition to restoration to the victims covered by the Amended Order of Restitution. The Government agreed to defer making that recommendation until it received any feedback from the Title Companies, which they agreed to provide as soon as possible. Based on the results of the meet and confer, all parties agree that the Court's intervention is not necessary at this time, and that the conference currently scheduled for October 14, 2020 can adjourned without date while the Government provides additional information to

the Title Companies and TRG.  Should any issues arise the parties would contact the Court to reschedule the conference. All parties are, of course, prepared to appear if the Court wishes.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

by: */s Alexander Wilson*
    Alexander J. Wilson
    Assistant United States Attorney
    (212) 637-2453

**The conference scheduled for October 14 is adjourned *sine die*.**
**Dated:  New York, New York**
         **October 13, 2020**

SO ORDERED:

Sidney H. Stein, U.S.D.J.