**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2020

**VIA ECF**                                                         MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Brian Madden*, 09 Cr. 799 (SHS)

Dear Judge Stein:

      The Government respectfully requests that the Court order that the restitution obligation owed to GNYT Member LLC ("GNYT") pursuant to the Amended Restitution Order (Dkt. No. 61) be deemed satisfied, and that the Clerk of the Court be directed to remove GNYT from any future distributions of restitution in this matter, with all other victims' shares increased accordingly on a pro rata basis. In connection with the bankruptcy proceedings of the defendant and his wife, GNYT entered into a Stipulation and Order (attached hereto as Exhibit A), in which GNYT agreed to withdraw its claim to restitution in this matter, in exchange for the receipt of various funds held in escrow and the waiver of other parties' claims to those funds. Stipulation and Order ¶ 5. Accordingly, GNYT's entitlement to restitution has been fully satisfied.

      Respectfully,

      AUDREY STRAUSS
      Acting United States Attorney

      by: */s Alexander Wilson*
      Alexander J. Wilson
      Assistant United States Attorney
      (212) 637-2453

**Request granted.**

**Dated:  New York, New York**
       **November 2, 2020**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.